1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  SHINING J. HSU (CABN 317917)
4  Assistant United States Attorney
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7022
6       Fax: (415) 436-6570
        Email: Shining.Hsu@usdoj.gov
7
8  Attorneys for United States of America

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13 | UNITED STATES OF AMERICA, | CASE NO.: CR 22-00331-001 WHO
14 |     Plaintiff,             | **WRIT OF CONTINUING GARNISHMENT**
15 |   v.                       | (FINANCIAL ACCOUNTS)
16 | JOHNNATAN ZELAYA IZAGUIRRE,
17 |     Defendant,
18 | —————————————
19 | BMO,
20 |     Garnishee.

21

22 TO:   BMO
         Legal Order Processing/Garnishments Group
23       1200 E. Warrenville Road
         Naperville, IL  60563
24
25 //
26 //
27 //
28

WRIT OF CONTINUING GARNISHMENT
Case No:  CR 22-00331-001 WHO

1

**YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE DEFENDANT-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.**

The name, last known address, and last four digits of the social security number of the person who is the defendant-judgment debtor ("defendant") in this action and whose property is subject to this Writ are, as follows:

>Johnnatan Zelaya Izaguirre – Reg. No. 20451-510
>USP Lompoc
>US Penitentiary
>3901 Klein Blvd.
>Lompoc, CA  93436

>Social Security Number (last four digits):  XXX-XX-3122

This Writ has been issued at the request of the United States of America to enforce the collection of a criminal judgment entered in favor of the United States against the defendant for a debt in the original amount of $18,500.00.  As of January 30, 2024, there is a balance due of approximately $18,709.81, plus interest.  Interest accrues at the rate of 5.46%.  The United States is entitled to recover a surcharge of ten percent (10%) of the amount of the balance $1,870.98 pursuant to 28 U.S.C. § 3011(a).  Thus, the total amount sought by this action is $20,580.79.

The following are the steps that you must take to comply with this Writ.  If you have any questions, you should consult with your attorney.

1.  Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or possession any property of the defendant (including nonexempt disposable earnings from his wages, salary, commissions or bonuses) in which the defendant has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, you must immediately withhold such property from the defendant and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property.  With respect to the defendant's wages, salary, commissions or bonuses; you must withhold twenty-five percent (25%) of such amount(s) after all deductions required by law have been withheld. See 28 U.S.C. §§ 3205(a) and 3002(9).

2.  Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within **10**

WRIT OF CONTINUING GARNISHMENT
Case No:  CR 22-00331-001 WHO

1 **days** after service of this Writ upon you.  You must answer the Writ even if you do not have in your
2 custody, control, or possession, any property of the defendant.  Pursuant to 28 U.S.C. § 3205(c)(4), your
3 answer must state, under oath, the following information:

4     a.     Whether or not you have in your custody, control, or possession, any property
5         owned by the defendant in which the defendant has a substantial nonexempt
6         interest;
7     b.     a description of such property and the value of such property;
8     c.     a description of any previous garnishments to which such property is subject and
9         the extent to which any remaining property is not exempt; and
10     d.     the amount of the debt you anticipate owing to the defendant in the future and
11         whether the period for payment will be weekly or another specified period.

12     For your convenience, a form which addresses the above-requested information is attached and
13 may be used to answer the Writ.

14     3.     After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and
15 (c)(4), **within ten (10)** days after service of this Writ upon you, you must **mail or deliver** the original
16 answer bearing the original signature of the person preparing the answer to the Court at the following
17 address:

18     Clerk, United States District Court
    450 Golden Gate Ave., Box 36060
19     San Francisco, CA 94102

20     At the same time you mail or deliver the original answer to the Court, you must also **mail or**
21 **deliver** a copy of the original answer to the defendant, his counsel, and attorney for the United States at
22 the following respective addresses:

23     Johnnatan Zelaya Izaguirre – Reg. No. 20451-510
    USP Lompoc
24     US Penitentiary
    3901 Klein Blvd.
25     Lompoc, CA  93436

26     Shining J. Hsu
    Assistant U.S. Attorney
27     450 Golden Gate Avenue, 9th Floor
    P.O. Box 36055
28     San Francisco, CA 94102

WRIT OF CONTINUING GARNISHMENT
Case No:  CR 22-00331-001 WHO

Please note that the attached answer form contains a **certificate of service** which needs to be completed by the person mailing the copies of the answer to the defendant and the attorney for the United States, and which needs to be filed with the Court along with the answer.

**IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT BEFORE THE APPEARANCE DATE.  IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEFENDANT'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS).  THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO APPEAR.**

MARK B. BUSBY,
Clerk of Court
United States District Court
for the Northern District of California

Dated:  January 30, 2024         By:    _____
                                        Deputy Clerk

WRIT OF CONTINUING GARNISHMENT
Case No:  CR 22-00331-001 WHO

4